**Order entered May 27, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00356-CV

## IN THE INTEREST OF M.M.J., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54891-2019**

## ORDER

Appellant has filed a motion seeking review of the trial court's order to pay costs of the appeal. We **ORDER** Collin County District Clerk Lynne Finley to file, **on or before June 10, 2022**, a supplemental clerk's record containing: (1) appellant's July 1, 2021 Statement of Inability to Afford Payment of Costs or Appeal Bond; (2) any response to the Statement of Inability; and (3) the trial court's May 16, 2022 Order to Pay Costs. We **ORDER** Stephanie Hunn, Official Court Reporter for the 469th Judicial District Court, to file, **on or before June 10, 2022**, the reporter's record of the hearing held on May 6, 2022.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE